# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| DIVERSIFIED INGREDIENTS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 4:09CV0956 AGF |
| v. ) | |
| ) | |
| TRIPLE-T FOODS, INC., AMPRO ) | |
| PRODUCTS, INC., and PROTEIN ) | |
| PRODUCTS, INC., ) | |
| ) | |
| Defendants. ) | |

_____

| | |
|---|---|
| AMPRO PRODUCTS, INC., ) | |
| ) | |
| Cross-claim Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| PROTEIN PRODUCTS, INC., ) | |
| ) | |
| Cross-claim Defendant. ) | |

## **ORDER**

This matter is before the Court on the motion of Defendant and Cross-claim Defendant Protein Products, Inc. ("PPI") to compel Defendant Triple-T Foods, Inc. ("Triple-T") to answer two interrogatories seeking information with regard to the ratio of ingredients used by Triple-T in dog food it sold to non-parties. A hearing on the motion was held on May 13, 2010.

Upon review of the record and the arguments of the parties, and for the reasons set forth more fully at the hearing,

**IT IS HEREBY ORDERED** that the motion to compel is **GRANTED** in part and **DENIED** in part. Triple-T shall be required to provide information to PPI regarding specified ingredients, to be designated by PPI, and the quantities or percentages of each such ingredient. PPI shall promptly provide a list to Triple-T of the ingredients as to which it seeks discovery. The parties shall have seven (7) days, to and including May 19, 2010, to confer in good faith and reach an agreement regarding the extent and manner of the discovery to be made in compliance with this Order.

**IT IS FURTHER ORDERED** that if Triple-T believes that its responses pursuant to this Order would require a protective order, the parties shall promptly confer and attempt to agree to the terms of a protective order. Triple-T may, at its option, provide a copy of this Order to any of its customers that may be affected thereby.

_____
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated this 13th day of May, 2010.